APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mother Smith, on behalf of herself and as Parent and Natural Guardian, on behalf of Abraham Smith, a Minor,      Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| Milton Hershey School,                Defendant. | : | NO.  11 7391 |

ORDER

AND NOW, this           Day of              , 20   , it is hereby

ORDERED that the application of <u>Robert L. Duston</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

◯ GRANTED.

◯ DENIED.

_____
                                                                  J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 11 7391

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Robert L. Duston__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __3673__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Virginia | 10/11/1984 | 23888 |
| DC Court of Appeals | 10/30/1985 | |
| Maryland | 05/06/1996 | 012795 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| (See attached list) | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Milton Hershey School

(Applicant's Signature)

12/13/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Saul Ewing LLP, 1919 Pennsylvania Avenue, NW, Suite 500

Washington, DC 20006-3434

Direct: 202-342-3414   Main: 202-333-8800

Sworn and subscribed before me this
13 Day of December 2011
Notary Public

My commission expires March 31, 2016

10/04

## FEDERAL COURT ADMISSIONS FOR ROBERT L. DUSTON

| No. | FEDERAL COURT | ADMISSION | BAR ID |
|---|---|---|---|
| 1 | United States District Court for the District of Columbia | 6/2/1986 | 393936 |
| 2 | United States District Court for the District of Maryland | 5/6/1996 | 012795 |
| 3 | United States District Court for the Northern District of New York | 7/23/1991 | |
| 4 | United States District Court for the Eastern District of Virginia | 4/17/1985 | |
| 5 | United States District Court for the Western District of Virginia | 4/17/1985 | |
| 6 | United States Court of Appeals for the Third Circuit | 7/20/1990 | |
| 7 | United States Court of Appeals for the Fourth Circuit | 4/10/1986 | |
| 8 | United States Court of Appeals for the Sixth Circuit | 10/21/1985 | |
| 9 | United States Court of Appeals for the Seventh Circuit | 1/2/2004 | |
| 10 | United States Court of Appeals for the Eleventh Circuit | 9/26/1991 | |
| 11 | United States Court of Federal Claims | 8/12/1998 | |
| 12 | Supreme Court of the United States of America | 11/9/1982 | |

## STATE COURT ADMISSIONS FOR ROBERT L. DUSTON

| No. | STATE COURT | ADMISSION | BAR ID |
|---|---|---|---|
| 1 | District of Columbia Court of Appeals (DC – District) | 10/30/1985 | |
| 2 | Court of Appeals of Maryland (MD State) | 7/3/2000 | 012795 |
| 3 | Supreme Court of Virginia (VA State) | 10/11/1984 | 23888 |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Robert L. Duston____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Amy C. Foerster, Esq. | [signature] | 11/20/1996 | 77986 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Saul Ewing LLP, 2 North Second Street, 7th Floor

Harrisburg, PA 17101

Main: 717-257-7500

Sworn and subscribed before me this

14th Day of Dec, 2011

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kathy L. Sitler, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires March 23, 2012
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mother Smith, on behalf of herself and as Parent and Natural Guardian, on behalf of Abraham Smith, a Minor,    Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| Milton Hershey School,    Defendant. | : | NO.   11 7391 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Robert L. Duston

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Michael E. Kunz, Clerk of Court

US District court for the Eastern District of Pennsylvania, US Courthouse

601 Market Street, Room 2609, Philadelphia, PA  19106-1797

_[signature]_
Signature of Attorney

Amy C. Foerster
Name of Attorney

Milton Hershey School
Name of Moving Party

12-14-2011
Date