IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOTHER SMITH, on behalf of herself and as parent and natural guardian on behalf of ABRAHAM SMITH | : | |
| | | CIVIL ACTION |
| Plaintiffs, | : | NO. 11-7391 |
| v. | | |
| | : | |
| MILTON HERSHEY SCHOOL | | |
| Defendant. | | |

## ORDER

AND NOW, this 1st day of June, 2012, upon consideration of Defendant's Motion to Transfer Venue to the Middle District of Pennsylvania (Dkt. No. 9) and Plaintiffs' Memorandum of Law in Opposition thereto (Dkt. No. 11), it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. Darnell Jones, II     J.